EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Victor Kirby Colón Arvelo | 2018 TSPR 147  200 DPR ____ |
|---|---|

Número del Caso: TS-15,884

Fecha:  8 de agosto de 2018

Abogado del peticionario:

      Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*                           TS-15,884

Víctor Kirby Colón Arvelo

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de agosto de 2018.

Atendida la *Moción solicitando cambio de estatus activo* presentada por el Sr. Víctor Kirby Colón Arvelo el 24 de julio de 2018, se provee **ha lugar**. En consecuencia, se autoriza su readmisión al ejercicio de la abogacía.

Notifíquese inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y la Jueza Asociada señora Pabón Charneco no intervinieron.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo